EOD MAY 16 '00



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| TWO-DAWACO, INC., ET AL., | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | 6:99cv249 |
| | § | |
| BANQUE NATIONALE | § | |
| DE PARIS (CANADA), ET AL., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER OF DISMISSAL

Came on this day for consideration Plaintiff's *Motion to Dismiss* (Docket No. 23). After careful consideration the Court is of the opinion that the following order should issue.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and upon the advice of the parties that this matter has been compromised and settled, the Court finds that the above-entitled and numbered civil action should be dismissed. It is therefore

**ORDERED** that Plaintiff's *Motion to Dismiss* (Docket No. 23) is hereby **GRANTED**. It is further

**ORDERED** that all claims between Plaintiffs, Two-Dawaco, Inc., Frac Partners, Ltd., Ray C. Davis, and Kelcy L. Warren and Defendants, Banque Nationale De Paris (Canada), Royal Bank of Canada, Credit Suisse First Boston Canada, Bank of Nova



Scotia, and Hong Kong Bank of Canada are hereby **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that each party **SHALL** bear its own costs. It is further

**ORDERED** that the above-entitled and numbered civil action is hereby **CLOSED**.

SIGNED this 15th day of May, 2000.

*William M. Steger*
UNITED STATES DISTRICT JUDGE